DECISIONS PER CURIAM, FROM APRIL 28, 1924, TO AND INCLUDING JUNE 9, 1924, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 235. HENRY D. OWENS v. UNITED STATES. Appeal from the Court of Claims. Submitted April 22, 1924. Decided April 28, 1924. *Per Curiam.* Suit for damages against the United States under a contract for the removal of garbage from Camp Meade. Judgment for claimant for part of claim. Appeal to secure larger recovery. Question turns on the constructions of contract. This Court concurs in the view of the Court of Claims and the judgment is affirmed. *Mr. Horace S. Whitman* and *Mr. William L. Marbury* for appellant. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Ottinger* and *Mr. Wm. M. Offley* for the United States.

No. 236. BROMWELL BRUSH AND WIRE GOODS COMPANY v. STATE BOARD OF CHARITIES AND CORRECTION OF KENTUCKY. Error to the Circuit Court of Appeals for the Sixth Circuit. Submitted April 22, 1924. Decided April 28, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Shulthis* v. *McDougal,* 225 U. S. 561, 568, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *St. Anthony Church* v. *Pennsylvania R. R. Co.,* 237 U. S. 575, 577, 578; *Norton* v. *Whiteside,* 239 U. S. 144, 147; (2) *Miller* v. *Cornwall R. R. Co.,* 168 U. S. 131, 134; *New York Central R. R. Co.* v. *New York,* 186 U. S. 269, 273; *Consolidated Turnpike Co.* v. *Norfolk, etc., Ry. Co.,* 228 U. S. 326, 331. *Mr. Harvey Myers* for plaintiff in error. *Mr. Thomas B. McGregor* and *Mr. Swager Sherley* for defendant in error.